# Attachment 2

 Docket

# Civil Court Case Information - Case History

**Case Information**
Case Number:   CV2021-014050        Judge:      Cooper, Katherine
File Date:     9/7/2021             Location:   Downtown
Case Type:     Civil

**Party Information**

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Adela Gibson | Plaintiff | Female | Scott Griffiths |
| Richard Moore | Plaintiff | Male | Scott Griffiths |
| City Of Mesa | Defendant |  | Pro Per |
| J Lafontaine | Defendant | Unknown | Pro Per |
| A Navarro | Defendant | Unknown | Pro Per |
| J Rozema | Defendant | Unknown | Pro Per |
| M Chuey | Defendant | Unknown | Pro Per |

**Case Documents**

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 9/7/2021 | COM - Complaint | 9/7/2021 | |
| **NOTE:** Complaint | | | |
| 9/7/2021 | CSH - Coversheet | 9/7/2021 | |
| **NOTE:** Civil Cover Sheet | | | |
| 9/7/2021 | CCN - Cert Arbitration - Not Subject | 9/7/2021 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |
| 9/7/2021 | SUM - Summons | 9/7/2021 | |
| **NOTE:** Summons | | | |

**Case Calendar**
There are no calendar events on file

**Judgments**
There are no judgments on file